NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WASHINTON EMILIANO BELTRAN,    )
                               )
    Appellant,              )
                               )
v.                             )    Case No. 2D19-579
                               )
STATE OF FLORIDA,              )
                               )
    Appellee.               )
_____)

Opinion filed September 4, 2020.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Howard L. Dimmig, II, Public Defender, and
J.L. Perez, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Blain A. Goff, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


    Affirmed.


VILLANTI, LUCAS, and SMITH, JJ., Concur.